NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL McCALL,             )
                                    )
        Appellant,       )
                                    )
v.                            )      Case No. 2D18-2414
                                    )
STATE OF FLORIDA,      )
                                    )
        Appellee.       )
_____)

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

PER CURIAM.

        Affirmed.

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.